US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

AUG 1 3 2014

CHRIS R. JOHNSON, Clerk
By

Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. _5:14CR50047-001_ |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. § 1591(a) |
| | ) | 18 U.S.C. § 1952(a)(2) |
| DONCOURI WELLS | ) | 18 U.S.C. § 1952(a)(3) |

## UNSEALED INDICTMENT

The Grand Jury Charges:

### COUNT ONE

[Sex Trafficking of Children]

From on or about June 2, 2014, to on or about June 8, 2014, in the Western District of Arkansas, Fayetteville Division, the Defendant, DONCOURI WELLS, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means, and benefited financially and received anything of value, from participation in a venture, which recruited, enticed, harbored, transported, provided, obtained, and maintained in and affecting interstate or foreign commerce a minor, namely " JANE DOE" knowing and in reckless disregard of the fact that "JANE DOE" had not attained the age of 18 years and that "JANE DOE" would be caused to engage in a commercial sex act all in violation of Title 18 United States Code, Section 1591(a).

### COUNT TWO

[Use of an Interstate Facility to Promote Prostitution]

From on or about June 2, 2014, to on or about June 8, 2014, in the Western District of Arkansas, Fayetteville Division, the Defendant, DONCOURI WELLS, used and caused to be used

1

a facility in interstate commerce, namely the Internet, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a crime of violence, namely Title 18 United States Code, Section 1591(a) (Sex Trafficking of Children) and an unlawful activity, that is, prostitution in violation of the law of the State of Arkansas, A.C.A. 5-70-105 (Promoting Prostitution), and thereafter preformed and attempted to perform an act, to wit: posting advertisements 5497036, 5500011, 5502308, and 5506310 for commercial sex acts on the website "backpage.com" to promote manage, establish, and carry on, and to facilitate the promotion, management, establishment, and carrying on of such unlawful activity in violation of Title 18, United States Code, Sections 1952(a)(2) and (a)(3).

FORFEITURE ALLEGATION

The Grand Jury re-alleges and incorporates by reference herein Counts One and Two of this Indictment.   Upon conviction of any Count of this Indictment, the Defendant shall forfeit to the United States pursuant to 18 United States Code, Section 2253 the Defendant's interest in:

1) any visual depiction described in 18 United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter, which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of the offenses in the Indictment;

2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses in the Indictment; and

3) any property, real or personal, **including any and all computer equipment OR cellular device,** used or intended to be used to commit or to promote the commission of the offenses in the Indictment, or any property traceable to such property, including, but not limited to computer equipment used in the commission of the offenses in the Indictment.

2

If any of the property subject to forfeiture, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

It is the intent of the United States, pursuant to Title 18 United States Code, Section 2253(b), incorporating by reference Title 21 United States Code, Section 853 to seek forfeiture of any other property of said Defendant up to the value of the above forfeitable property.

A True Bill.

CONNER ELDRIDGE
UNITED STATES ATTORNEY

/s/ Grand Jury Foreperson
Grand Jury Foreperson

By: _____
Dustin S. Roberts
Assistant U. S. Attorney
Arkansas Bar No. 2005185
414 Parker Avenue
Fort Smith, AR 72901
479-783-5125
E-mail Dustin.Roberts@usdoj.gov